IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JONATHAN MCEARL                                                                                PLAINTIFF

vs.                                    Civil No. 6:21-cv-06106

COMMISSIONER,                                                                                  DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## MEMORADUM OPINION

Jonathan McEarl ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2010), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("SSA") denying his applications for a period of disability, Supplemental Security Income ("SSI"), and Disability Insurance Benefits ("DIB") under Titles II and XVI of the Act.  The Parties have consented to the jurisdiction of this Court (ECF No. 25), and this matter is now ripe for consideration.

Now before the Court is Defendant's Unopposed Motion to Reverse and Remand for Entry of Final Judgment.  ECF No. 23.  This Motion is made pursuant to Sentence Four of 42 U.S.C. § 405(g).  *Id.*  Defendant seeks a remand for further administrative proceedings: "The agency has further reviewed Plaintiff's case and determined that remand for further administrative proceedings is warranted."  ECF No. 24 at 1.  Plaintiff has no objections to this Motion.  The Court finds this Motion should be **GRANTED**, and this case be **REVERSED AND REMANDED.**

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 5th day of April 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE